■ SADIE FRISCHLING, Respondent, v. HERBERT SCHRANK et al., as Executors of NATHAN FRISCHLING, Deceased, Appellants.— Order entered January 31, 1968 and judgment entered February 13, 1968 unanimously modified, on the law and the facts, to the extent of awarding plaintiff the amount of her claim, reduced by the sum of $12,398.50, and as so modified affirmed, without costs. Plaintiff concedes $10,411 may be due on the first counterclaim, and consents to the deduction of the amount of $1,987.50 involved in the fifth counterclaim. The counterclaims, except to the extent the first counterclaim is conceded, present issues of fact and are severed. Settle order on notice providing for a severance. Concur — Stevens, P. J., Eager, McGivern, Nunez and McNally, JJ.

■ BARBARA J. HOWARD, Respondent, v. SIDNEY HOWARD, Appellant.— Order entered November 15, 1968, awarding temporary alimony, counsel fee and other relief, unanimously modified on the law and the facts to the extent of striking the fifth decretal paragraph awarding an interim counsel fee, without costs or disbursements, on the ground that counsel fee was not requested and plaintiff's counsel expressly disavowed any application for such relief at that time. Concur — Stevens, P. J., Eager, Tilzer, McGivern and McNally, JJ.